

# EDMOND & LINDSAY
## ATTORNEYS AT LAW

October 7, 2011

**VIA HAND DELIVERY**

Ms. Latasha A. Allen
375 Ralph McGill Blvd., #1606
Atlanta, GA 30312

RE: **NOTICE OF INTENTION TO WITHDRAW**
**Latasha A. Allen v. Walgreen, Co., et. al.**
United States District Court for the Northern District of Georgia
Civil Action File No. 1:11-cv-01577-WSD

Dear Ms. Allen:

This letter shall serve as notice to you of this firm's and its attorneys' intent to request permission from the Court to withdraw as counsel on your behalf in the above-referenced case styled **Latasha A. Allen, Plaintiff v. Walgreen, Co., et. al, Defendants**, pending in the United States District Court for the Northern District of Georgia, Civil Action File No. 1:11-cv-01577.

The name, address and telephone number of the Clerk of the United States District Court, Northern District of Georgia is as follows:

James N. Hatten, Clerk
2211 Richard B. Russell Federal Building and Courthouse
United States District Court
Northern District of Georgia
75 Spring Street, S.W.
Room 2211
Atlanta, Georgia 30303
(404) 215-1600

The name, address and telephone number of opposing counsel are:

Z. Ileana Martinez, Esquire
Thomson Hine LLP
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, GA 30326
(404) 451-2964

344 WOODWARD AVENUE, S.E. | ATLANTA, GEORGIA 30312
Telephone: 404-525-1080 | Facsimile: 404-525-1073 | www.edmondfirm.com

PIERCE E. EDMOND · KEITH L. LINDSAY · MICHAEL F. PEREZ

Please be advised that the Court retains jurisdiction of this action, and you have the burden of keeping the Court informed respecting where notices, pleadings or other papers may be served. You have the obligation to prepare for trial or hire other counsel to prepare for trial when the trial date has been set. If you fail or refuse to meet these burdens, you may suffer adverse consequences.

At present, there are no scheduled proceedings or trial. Service of notices may be made upon you at your last known address 375 Ralph McGill Blvd., #1606, Atlanta, Georgia 30312. Unless you consent to this withdrawal, you have the right to file an objection within fourteen (14) days of the date of this notice.

Sincerely,

EDMOND & LINDSAY, LLP

Keith L. Lindsay
klindsay@edmondfirm.com

KLL/als