# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LATASHA ALLEN )<br> )<br> )<br>Plaintiff, )<br>v. )<br> )<br>WALGREEN CO. d/b/a Walgreens, )<br>ATICO INTERNATIONAL USA, )<br>INC. and EAST WEST )<br>DISTRIBUTING CO., )<br> )<br>Defendants. )<br>_____) | Civil Action File<br>No.: 1:11-cv-01577-WSD<br>(Removed from the State<br>Court of Fulton County, Georgia<br>Civil Action File No.11EV012351-H) |

## NOTICE OF ATTORNEYS' LIEN

**COME NOW**, the undersigned counsel who claim a lien in accordance with OCGA § 15-19-14 for legal fees in the amount of $11,000 and costs of litigation in the amount of $1,319.42, the total sum claimed being $12,319.42. Notice is hereby given that no person shall be at liberty to satisfy the judgment, proffer settlement, or otherwise compromise the proceeds of this action until this claim of lien has been fully satisfied.

Respectfully submitted, this 4th day of January, 2012.

By: /s/ Keith L. Lindsay
Roderick E. Edmond
Georgia Bar No. 239618
drrod4u@edmondfirm.com
Keith L. Lindsay
Georgia Bar No. 452995
klindsay@edmondfirm.com
Michael E. Perez
Georgia Bar No. 572127
mperez@edmondfirm.com

**EDMOND & LINDSAY, LLP**
344 Woodward Ave., SE
Atlanta, GA 30312
Tel: (404) 525-1080
Fax: (404) 525-1073

## **LOCAL RULE 7.1 CERTIFICATION**

The undersigned counsel hereby certifies that this pleading was prepared with one of the font and point selections approved by the Court in LR 5.1B. Specifically, Times New Roman was used in 14 point.

So certified this <u>4th</u> day of January, 2012.

<u>/s/ Keith L. Lindsay</u><br>
Keith L. Lindsay<br>
Georgia Bar No. 452995

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| LATASHA ALLEN | ) | |
| | ) | |
| | ) | Civil Action File |
| Plaintiff, | ) | No.: 1:11-cv-01577-WSD |
| v. | ) | (Removed from the State |
| | ) | Court of Fulton County, Georgia |
| WALGREEN CO. d/b/a Walgreens, | ) | Civil Action File No.11EV012351-H) |
| ATICO INTERNATIONAL USA, | ) | |
| INC. and EAST WEST | ) | |
| DISTRIBUTING CO., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served a copy of the <u>NOTICE OF ATTORNEYS' LIEN</u> via the Court's electronic filing system upon all counsel of record as follows:

Z. Ileana Martinez
**THOMPSON HINE LLP**
Attorneys for Defendants,
Walgreens, Atico, and East West
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, Georgia 30326
Phone: 404-541-2900
Fax: 404-541-2905
Email: Ileana.Martinez@ThompsonHine.com

I HEREBY CERTIFY that a copy of the NOTICE OF ATTORNEYS' LIEN has been served on Plaintiff Latasha A. Allen by depositing same in the United States mail, first class, postage pre-paid and addressed to:

> Latasha A. Allen
> 375 Ralph McGill Blvd. #1606
> Atlanta, GA 30312

This 4th day of January, 2012.

/s/ Keith L. Lindsay
Keith L. Lindsay
Georgia Bar No. 452995
klindsay@edmondfirm.com

**EDMOND & LINDSAY, LLP**
344 Woodward Ave., SE
Atlanta, GA 30312
Tel: (404) 525-1080
Fax: (404) 525-1073