# EXHIBIT 1

**From:** Martinez, Ileana [mailto:Ileana.Martinez@thompsonhine.com]
**Sent:** Monday, October 17, 2011 2:12 PM
**To:** Keith Lindsay
**Cc:** Michael Perez
**Subject:** ALLEN V. WALGREENS ET AL.

Dear Keith and Mike:  Attached please find the Release and Settlement Agreement in this matter.  Please have your client execute the release.  Also, please approve the form of the release by either of your signatures.  Upon receipt of the executed Release, I can make the check available to your courier, or I can place it in the mail - just let me know which you prefer.

Best,

Ileana.

**Z. Ileana Martinez | Partner | THOMPSON HINE LLP**
Two Alliance Center, 3560 Lenox Road, Suite 1600 Atlanta, Georgia 30326
**Office:** 404.541.2964 | **Mobile:** 404.825.9502
**Fax**: 404.541.2905 | **Email**: Ileana.Martinez@ThompsonHine.com
**Web:** http://www.ThompsonHine.com/lawyer/IleanaMartinez/

*Ranked among the top two firms in the country for client service and the top firm in "Value for the Dollar," Thompson Hine has been rated a top firm for client service for nine consecutive years in BTI's survey of general counsel and C-level executives.*
Atlanta | Cincinnati | Cleveland | Columbus | Dayton | New York | Washington, D.C.

---

**From:** Keith Lindsay [mailto:klindsay@edmondfirm.com]
**Sent:** Monday, October 10, 2011 1:33 PM
**To:** Martinez, Ileana
**Cc:** Michael Perez
**Subject:** RE: Allen

Ileana,

I'm writing to advise that Ms. Allen has agreed to accept the offer of $▇▇▇▇.  Please forward a draft of the proposed Release and Settlement Agreement to Michael and me at your earliest convenience, so that in the event we identify any issues with the Release, we can resolve them prior to the check being sent.

Thanks,

Keith

Keith L. Lindsay



EDMOND & LINDSAY
ATTORNEYS AT LAW

4

A LIMITED LIABILITY PARTNERSHIP | 344 WOODWARD AVENUE, S.E. | ATLANTA, GEORGIA 30312
Telephone: 404-525-1080 | Facsimile: 404-525-1073 | **klindsay@edmondfirm.com**

Confidentiality Notice

This email and all attachments are CONFIDENTIAL and intended SOLELY for the recipients as identified in the "To", "Cc" and "Bcc" lines of this email. If you are not an intended recipient, your receipt of this email and its attachments is the result of an inadvertent disclosure or unauthorized transmittal. Sender reserves and asserts all rights to confidentiality, including all privileges which may apply. Pursuant to those rights and privileges, immediately DELETE and DESTROY all copies of the email and its attachments, in whatever form, and immediately NOTIFY the sender of your receipt of this email. DO NOT review, copy, or rely on in any way the contents of this email and its attachments. All rights of the sender for violations of the confidentiality and privileges applicable to this email and any attachments are expressly reserved. This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 USC Sections 2510-2521, is confidential and may be legally privileged.


-----Original Message-----
From: Martinez, Ileana [mailto:Ileana.Martinez@thompsonhine.com]
Sent: Friday, October 07, 2011 4:57 PM
To: Keith Lindsay
Cc: Michael Perez
Subject: Re: Allen

Thanks for letting me know. Have a good weekend.

Ileana


On Oct 7, 2011, at 4:34 PM, "Keith Lindsay"
<klindsay@edmondfirm.com<mailto:klindsay@edmondfirm.com>> wrote:


Ileana,


Michael and I  met with our client, today., She is to advise us as to her decision on whether to accept the offer on Monday, a.m. Once we've heard from her, we will relay her decision to you.


Michael or I will be in touch, once we hear from her.


Keith


Keith L. Lindsay
<image002.png>

5

A LIMITED LIABILITY PARTNERSHIP | 344 WOODWARD AVENUE, S.E. | ATLANTA, GEORGIA 30312
Telephone: 404-525-1080 | Facsimile: 404-525-1073 |
klindsay@edmondfirm.com<mailto:klindsay@edmondfirm.com>

Confidentiality Notice

This email and all attachments are CONFIDENTIAL and intended SOLELY for the recipients as identified in the "To", "Cc" and "Bcc" lines of this email. If you are not an intended recipient, your receipt of this email and its attachments is the result of an inadvertent disclosure or unauthorized transmittal. Sender reserves and asserts all rights to confidentiality, including all privileges which may apply. Pursuant to those rights and privileges, immediately DELETE and DESTROY all copies of the email and its attachments, in whatever form, and immediately NOTIFY the sender of your receipt of this email. DO NOT review, copy, or rely on in any way the contents of this email and its attachments. All rights of the sender for violations of the confidentiality and privileges applicable to this email and any attachments are expressly reserved. This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 USC Sections 2510-2521, is confidential and may be legally privileged.

-----Original Message-----
From: Martinez, Ileana [mailto:Ileana.Martinez@thompsonhine.com]
Sent: Wednesday, October 05, 2011 2:21 PM
To: Keith Lindsay
Cc: Michael Perez
Subject: Re: Allen

Keith and Mike: I have been authorized to extend a final settlement offer to your client of $█████. Hopefully, this final offer will allow us to resolve this case. Please let me know no later than this coming Monday. If we cannot settle the case for this amount, I have been instructed to prepare and file Defendants' motion for summary judgment.

Best regards to you both.

Ileana

On Oct 5, 2011, at 1:00 PM, "Keith Lindsay" <klindsay@edmondfirm.com<mailto:klindsay@edmondfirm.com<mailto:klindsay@edmondfirm.com%3cmailto:klindsay@edmondfirm.com>>> wrote:

Ileana,

6

We haven't heard from you, so I just want to touch base to be sure you received my voice, mail and subsequent e-mail responding to the defendants' settlement offer. Please acknowledge.

Thanks,

Keith

Keith L. Lindsay

<image004.png>

A LIMITED LIABILITY PARTNERSHIP | 344 WOODWARD AVENUE, S.E. | ATLANTA, GEORGIA 30312

Telephone: 404-525-1080 | Facsimile: 404-525-1073 |
<mailto:klindsay@edmondfirm.com>
klindsay@edmondfirm.com<mailto:klindsay@edmondfirm.com<mailto:klindsay@edmondfirm.com%3cmailto:klindsay@edmondfirm.com>>

Confidentiality Notice

This email and all attachments are CONFIDENTIAL and intended SOLELY for the recipients as identified in the "To", "Cc" and "Bcc" lines of this email. If you are not an intended recipient, your receipt of this email and its attachments is the result of an inadvertent disclosure or unauthorized transmittal. Sender reserves and asserts all rights to confidentiality, including all privileges which may apply. Pursuant to those rights and privileges, immediately DELETE and DESTROY all copies of the email and its attachments, in whatever form, and immediately NOTIFY the sender of your receipt of this email. DO NOT review, copy, or rely on in any way the contents of this email and its attachments. All rights of the sender for violations of the confidentiality and privileges applicable to this email and any attachments are expressly reserved. This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 USC Sections 2510-2521, is confidential and may be legally privileged.

From: Keith Lindsay

Sent: Thursday, September 29, 2011 5:35 PM

To: Martinez, Ileana
(Ileana.Martinez@thompsonhine.com<mailto:Ileana.Martinez@thompsonhine.com<mailto:Ileana.Martinez@thompsonhine.com%3cmailto:Ileana.Martinez@thompsonhine.com>>)

Cc: Michael Perez

Subject: Allen

Ileana,

Following up on my voice mail from a short time ago, I am writing to advise that I have authority to accept $[redacted] in full compromise and settlement of the case.

I look forward to your response.

Keith

Keith L. Lindsay

<image003.png>

A LIMITED LIABILITY PARTNERSHIP | 344 WOODWARD AVENUE, S.E. | ATLANTA, GEORGIA 30312

Telephone: 404-525-1080 | Facsimile: 404-525-1073 | <mailto:klindsay@edmondfirm.com> klindsay@edmondfirm.com<mailto:klindsay@edmondfirm.com<mailto:klindsay@edmondfirm.com%3cmailto:klindsay@edmondfirm.com>>

Confidentiality Notice

This email and all attachments are CONFIDENTIAL and intended SOLELY for the recipients as identified in the "To", "Cc" and "Bcc" lines of this email. If you are not an intended recipient, your receipt of this email and its attachments is the result of an inadvertent disclosure or unauthorized transmittal. Sender reserves and asserts all rights to confidentiality, including all privileges which may apply. Pursuant to those rights and privileges, immediately DELETE and DESTROY all copies of the email and its attachments, in whatever form, and immediately NOTIFY the sender of your receipt of this email. DO NOT review, copy, or rely on in any way the contents of this email and its

attachments. All rights of the sender for violations of the confidentiality and privileges applicable to this email and any attachments are expressly reserved. This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 USC Sections 2510-2521, is confidential and may be legally privileged.